**John Edward STONE, Plaintiff—
Appellant,**

v.

**Jonathan E. OZMINT, Director of South
Carolina Department of Corrections,
Defendant—Appellee.**

**No. 05–6824.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 30, 2005.

John Edward Stone, Appellant Pro Se. Daniel Roy Settana, Jr., John Eric Kaufmann, McKay, Cauthen, Settana & Stubley, P.A., Columbia, South Carolina, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Edward Stone appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stone v. Ozmint,* No. CA–04–21860–0 (D.S.C. filed May 16, 2005 & entered May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*